IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR 09-087-S-WFN |
| v. ) | |
| ) | **ORDER FOR REMISSION** |
| CARLOS RAFAEL CORTEZ-CORTEZ,) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff, United States of America, having petitioned for the remission of the Special Assessment balance of $41.62, in the above referenced case, accordingly, it is hereby ORDERED that the government's petition to remit the Special Assessment (Dkt. 23) is **GRANTED**.

DATED: **September 20, 2012**

B. LYNN WINMILL
Chief Judge
United States District Court